**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  MT Queens Property Corp.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  32-0505195

4. **Debtor's address**

   Principal place of business
   1202 Halsey Street
   Number   Street

   Brooklyn   NY   11207
   City       State  ZIP Code

   Queens
   County

   Mailing address, if different from principal place of business
   Number   Street

   P.O. Box

   City       State  ZIP Code

   Location of principal assets, if different from principal place of business
   Number   Street

   City       State  ZIP Code

5. **Debtor's website** (URL)

Debtor  **MT Queens Property Corp.**
_____
Name

Case number (*if known*)_____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
❑ Partnership (excluding LLP)
❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

❑ Chapter 7
❑ Chapter 9
■ Chapter 11. *Check all that apply*:

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor ___**MT Queens Property Corp.**_____     Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No
    ☐ Yes.  District _____ When _____ Case number _____
                                                                       MM / DD / YYYY

    If more than 2 cases, attach a separate list.

            District _____ When _____ Case number _____
                                                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                                                           MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

          **Why does the property need immediate attention?** (Check all that apply.)

          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
             What is the hazard? _____

          ☐ It needs to be physically secured or protected from the weather.

          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

          ☐ Other _____

          **Where is the property?** _____
                                           Number      Street

          _____    _____
          City                                                                                                  State ZIP Code

          **Is the property insured?**
          ☐ No
          ☐ Yes. Insurance agency _____
                Contact name _____
                Phone _____

█ **Statistical and administrative information**

Debtor  MT Queens Property Corp.
_____
Name

Case number (*if known*)_____

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/30/2020
           MM / DD / YYYY

X *Arsen Yakubov*
Arsen Yakubov (Sep 30, 2020 17:45 EDT)
_____
Signature of authorized representative of debtor

Arsen Yakubov
_____
Printed name

Title  Chief Executive Officer

Debtor __MT Queens Property Corp._____  Case number (*if known*)_____
      Name

**18. Signature of attorney**

✗ _____[signature]_____  Date  09/30/2020
    Signature of attorney for debtor      MM / DD / YYYY

__Leo Jacobs, Esq._____
Printed name

__Jacobs P.C._____
Firm name

__8002 Kew Gardens Rd STE 300_____
Number   Street

__Kew Gardens_____  __NY__  __11415__
City      State    ZIP Code

__718-772-8704_____  __leo@jacobspc.com__
Contact phone    Email address

__5148887_____  __NY__
Bar number    State

Fill in this information to identify the case:

Debtor name  MT Queens Property Corp.

United States Bankruptcy Court for the: Eastern  District of New York
                                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BAC Home Loans Servicing, LP 7105 Corporate Drive Plano TX 75024 | | | | Unknown | Unknown | Unknown |
| 2 | NYC Commissioner of Social Services 250 Church Street 7th Floor New York NY 10013 | | | | Unknown | Unknown | Unknown |
| 3 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| 4 | NYC Department of Finance 345 Adams Street, 3rd FL Attn: Legal Affairs Division Brooklyn, NY 11201-3719 | | | | | | $0.00 |
| 5 | NYC Department of Finance Office of Legal Affairs 345 Adams Street, FL 3 Brooklyn, NY 11201 | | | | | | $0.00 |
| 6 | NYC Dept. Housing Preserv 100 Gold St, 3rd Fl New York, NY 10038 | | | | | | $0.00 |
| 7 | NYC Dept. of Transportation 100 Church St New York, NY 10007 | | | | | | $0.00 |
| 8 | NYC Environmental 59-17 Junction Blvd East Elmhurst, NY 11369 | | | | | | $0.00 |

Debtor   MT Queens Property Corp.  
_Name_

Case number _(if known)_ _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NYS Dept. Of Taxation & F Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campu, Albany, NY 12227 | | | | | | $0.00 |
| 10 | NYS Dept. of Taxation & F Bankruptcy Unit P.O. Box 5300 Albany, NY 12205 | | | | | | $0.00 |
| 11 | U.S. Department of HHS Office of General Counsel 26 Federal Plaza, Room 39 New York, NY 10278 | | | | | | $0.00 |
| 12 | U.S. Department of HUD Office of Regional Counsel 26 Federal Plaza, Room 35 New York, NY 10278 | | | | | | $0.00 |
| 13 | U.S. Environmental Protection Office of the Regional Co Attn Douglas Fischer, Esq. New York, NY 10007-1866 | | | | | | $0.00 |
| 14 | U.S. Securities and Exchange New York Regional Office Bankruptcy Group 200 Vesey Street, Suite 4 New York, NY 10281 | | | | | | $0.00 |
| 15 | United States Attorney Attention: Bonni Perlin, Bankruptcy Coordinator Civil Division, Bankr Pro Brooklyn, NY 11201-1820 | | | | | | $0.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |